## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES ALFRED SMITH, JR.,

        Plaintiff,

v.

RONALD K. MALONE and JON E.
LITSCHER,

        Defendants.

JUDGMENT IN A CIVIL CASE

18-cv-373-bbc

---

This action came for consideration before the court with District Judge
Barbara B. Crabb presiding.  The issues have been considered and a decision has been
rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this
case.

| /s/ | 10/03/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |